# Court of Appeals
## Tenth Appellate District of Texas

---

### 10-25-00458-CR

---

Olneshlia Willis,
Appellant

v.

The State of Texas,
Appellee

---

On appeal from the
19th District Court of McLennan County, Texas
Judge Thomas C. West, presiding
Trial Court Cause No. 2015-1666-C1

---

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant appeals from two adjudications of guilt for which her sentences were imposed on October 14, 2025 and signed by the trial court on that same date. Appellant wrote a *pro se* letter to the trial court on November 26, 2025 which was filed by the trial court clerk on December 5, 2025 asking to appeal the judgments of the trial court.

By letter from the Clerk of this Court, Appellant was informed that the notice of appeal appears to have been untimely and asked for a response to establish how this Court has jurisdiction over the appeal. No response has been received.

As applicable to this proceeding, the notice of appeal must have been filed within 30 days after the sentence is imposed or suspended in open court. TEX. R. APP. P. 26.2(a)(1). The notice of appeal was not timely.

Accordingly, this appeal is dismissed for want of jurisdiction. *See* TEX. R. APP. P. 26.2(a)(1).

_____

STEVE SMITH
Justice

OPINION DELIVERED and FILED: January 8, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Appeal dismissed
Do not publish
CR25

